**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

EMANUEL DELACRUZ, on behalf of himself
and all others similarly situated,

    Plaintiffs,

-against-

LYMI INC. d/b/a THE REFORMATION,

    Defendant.



Case No. 1:18-cv-07458-GBD

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

**SO ORDERED:**

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: APR 0 5 2019

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
   April 3, 2019

By: /s/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York 11201
joseph@cml.legal
*Attorney for Plaintiff*

By: /s/ Timothy J. Straub
Timothy J. Straub, Esq.
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
timothy.straub@dentons.com
*Attorney for Defendant*